**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**John Steven BIGBACK, Defendant—**
**Appellant.**

No. 08–30045.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 24, 2008.*

Filed Dec. 2, 2008.

Lori Harper Suek, Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

Steven C. Babcock, Federal Defenders of Montana, Billings, MT, for Defendant–Appellant.

Before: ALARCÓN, LEAVY, and TALLMAN, Circuit Judges.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed.

**672**

MEMORANDUM **

John Steven Bigback appeals from the 168–month sentence imposed following his guilty-plea conviction for aggravated sexual abuse, in violation of 18 U.S.C. §§ 1153(a) and 2241(a)(1). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Bigback contends that the district court erred by failing to adequately consider and balance all the relevant sentencing factors under 18 U.S.C. § 3553(a), failing to adequately explain its reasons for the sentence imposed, and selecting a sentence based on clearly erroneous facts. The record belies these contentions, and we review these contentions for plain error, *see United States v. Dallman,* 533 F.3d 755, 761 (9th Cir.2008), in light of Bigback's failure to object in the district court. We conclude that the district court did not procedurally err. *See United States v. Carty,* 520 F.3d 984, 992 (9th Cir.2008) (en banc); *see also Dallman,* 533 F.3d at 761.

Bigback also contends that the sentence is substantively unreasonable. We conclude that the sentence is substantively reasonable. *See Carty,* 520 F.3d at 993.

**AFFIRMED.**

R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.